

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 06-0263GT |
| v. | ) **ORDER** |
| JAIME FREGOSO-RODRIGUEZ, | ) |
| Defendant. | ) |

On March 28, 2012, Defendant, Jaime Fregoso-Rodriguez ("Mr. Fregoso"), filed a Motion to Dismiss Supervised Release Revocation Proceedings. Mr. Fregoso argues that since the guidelines were amended in November of 2011 regarding the imposition of supervised release for deportable aliens, that his revocation proceedings should be dismissed. For the reasons stated below, Mr. Fregoso's Motion is **DENIED**.

First, Mr. Fregoso was originally sentenced to the one year supervised release in question on March 7, 2006, several years before the guidelines were amended. Mr. Fregoso does not argue that the amendments are retroactive. More importantly, Mr. Fregoso violated his supervised release by returning to this country less than five months after being released from prison. This is a breach of the Court's trust and order regardless of the current amendments.

Second, even under the new amendments, supervised release is warranted. Application Note 5 to § 5D1.1 states that the court should consider imposing supervised release if "it would provide an added measure of deterrence and protection based on the facts and circumstances" of the case. Mr. Fregoso has been prosecuted several times for illegal reentry. It is clear that Mr. Fregoso does not respect the immigration laws of this country and an added measure of deterrence is necessary. Hence, even under the new guidelines, imposing a term of supervised release is appropriate. Accordingly,

**IT IS ORDERED** that Mr. Fregoso's Motion to Dismiss Supervised Release Revocation Proceedings is **DENIED.**

**IT IS SO ORDERED.**

4-5-12
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel